# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0251. ANDREW BURNETT v. CHARLES BAKER et al.**

Acting pro se, Andrew Burnett sought to file on or about November 11, 2016 a mandamus petition and a pauper's affidavit. The trial court conducted a hearing, then entered an order on December 14, 2016. Among other things, the order denied Burnett's request to file the pleadings, citing OCGA § 9-15-2 (d). On January 12, 2017, Burnett filed this application for discretionary appeal. It appears that the order is subject to direct appeal.

Under OCGA § 9-15-2 (d), when a party who is not represented by an attorney presents a civil action for filing in forma pauperis, a judge of the trial court is required to review the pleading. Where a "pleading shows on its face such a complete absence of any justiciable issue of law or fact that it cannot be reasonably believed that the court could grant any relief against any party named in the pleading, then the judge shall enter an order denying filing of the pleading." OCGA § 9-15-2 (d). See *Ali v. Ross*, 292 Ga. 86 (734 SE2d 882) (2012). An order denying filing of a pleading under this Code provision may be appealed directly. OCGA § 9-15-2 (d).

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA §§ 5-6-35 (j); 5-6-34 (a) (1). Accordingly, this application is hereby GRANTED, and Burnett shall have ten days from the date of this order to file a notice of appeal with the trial court. See OCGA § 5-6-35 (g). If he has already filed such notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include

a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/07/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*